No. _____

IN THE Court OF Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 17 2015
Abel Acosta, Clerk

Patrick Knox
v.
The State OF Texas

From Appeal No. 05-14-00551-CR
Trial Cause No. 380-81027-2013
Collin County

First Motion For Extension OF Time To File

Petition For Discretionary Review

To The Honorable Judges OF The Court OF Criminal Appeals:
Comes now Patrick Knox, Petitioner and files this motion for
an extension of sixty days in which to file a Petition for
Discretionary Review. In support of this motion, Appellant shows
the Court the following:

The Petitioner was convicted in the 380Th District Court of
Collin County, Texas of the Offense Aggravated Assault Causing
Serious Bodily Injury in Cause No. 380-81027-2013, styled
State OF Texas vs. Patrick Knox. The Petitioner Appealed
to the Court of Appeals 5Th District Supreme Judicial
District. The Case was affirmed on 5/28/2015

FILED IN
COURT OF CRIMINAL APPEALS
JUN 17 2015
Abel Acosta, Clerk

## II.

The present deadline for filing the Petition for Discretionary Review is June 28, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioners request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until 6/6/15. Since that time Petitioner has been attempting to gain legal representation in this matter, His Attorney on the Appeal Robert Herrington, has informed Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grants this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 380-81027-2013 to 7/28/15.

Patrick Knox
Petitioner Pro-Se
Texas Department OF Criminal Justice
Choice Moore Unit / 1700 N. F.M 87
T.D.C.J # 1927273
Bonham, TX - Texas

## Certificate OF Service

I certify that a true and correct copy of the above and foregoing First motion for Extension OF Time to File a Petition For Discretionary Review, has been foward by U.S. mail, Postage, Prepaid first Class to the Attorney for State —7

Sarah Fox
Assistant Criminal District Attorney
2100 Bloomdale Rd
Suite 200
McKinney, TX 75071

at Collin County, and to the State Prosecuting
Attorney, P.O. Box 12405, Austin TX 78711
on this the 12th day of June 2015

Patrick Knox
Petitioner, Pro Se

I Patrick Knox T.D.C.J# 1927273, being presently
incarcerated in the Choice Moore Unit of the Texas
Department of Criminal Justice in Fannin County,
Texas verify and declare under penality of Perjury
that the foregoing statement are true and correct,
Executed on this the 12th day of June, 2015

Patrick Knox
Choice Moore Unit
1700 N. F.M 87
Bonham, TX 75418
T.D.C.J # 1927273